# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | | |
|---|---|---|
| JERRY LEE SPENCER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| | ) | No. 4:07-CV-133-BR |
| HYDE COUNTY EGG FARM, | ) | |
|     Defendant. | ) | |

**Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

    **IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.**

**THIS JUDGMENT FILED AND ENTERED ON FEBRUARY 19, 2008 and COPIES TO:**

Jerry Lee Spencer
P.O. Box 372
Belhaven, NC 27810

**FEBRUARY 19, 2008**                     <u>/s/ DENNIS P. IAVARONE, Clerk</u>